ACCEPTED
03-15-00464-CV
6802901
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 12:45:30 PM
JEFFREY D. KYLE
CLERK

NO. _03-15-00464-CV_

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/4/2015 12:45:30 PM
JEFFREY D. KYLE
Clerk

VICTORY CHEVAL HOLDINGS, LLC, GARRETT JENNINGS
AND CASTLE CROWN MANAGEMENT, LLC,

Appellants

v

DENNIS ANTOLIK, VICTOR ANTOLIK
and CHEVAL MANOR, INC.,

Appellee

**APPELLANTS' UNOPPOSED MOTION TO EXTEND
DEADLINE TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Victory Cheval Holdings, LLC, Garrett Jennings and Castle Crown Management, LLC, move the Court to extend the time to file Appellants' Brief, and in support of this motion would show as follows:

1.      This is an interlocutory appeal from a Temporary Injunction entered on July 16, 2015.

2.      The Court previously granted an extension of time to file Appellants' Brief to September 8, 2015.

3.      Appellants need additional time to prepare the brief and respectfully

request an additional ten days until September 18, 2015.

4.      Appellees do not oppose the request.


WHEREFORE, Appellants respectfully pray that the Court extend until September 18, 2015 the time to file Appellants' Brief. Appellants further pray for general relief.

Respectfully submitted,

*/s/ Kemp Gorthey*
Kemp W. Gorthey
State Bar No. 08221275
Kendall L. Bryant
State Bar No. 24058660
THE GORTHEY LAW FIRM
604 West 12th Street
Austin, Texas 78701
Tele: 512/236-8007
Fax: 512/479-6417
Email: kemp@gortheylaw.com
Email: kendall@gortheylaw.com
ATTORNEY FOR APPELLANTS,
GARRETT JENNINGS and CASTLE
CROWN PROPERTIES
MANAGEMENT, LLC

and

*/s/ Peyton Smith*
PEYTON N. SMITH
State Bar #: 18664350
Brian L. King
State Bar #24055776
**REED & SCARDINO LLP**
301 Congress Avenue, Suite 1250
Austin, Texas 78701
Tel: 512/474-2449
Fax: 512/474-2622
psmith@reedscardino.com

emoskowitdz@reedscardino.com
ATTORNEY FOR APPELLANT,
VICTORY CHEVAL HOLDINGS,
LLC

## CERTIFICATE OF CONFERENCE

By signature above, I, Kemp Gorthey, confirm that I conferred with Appellees' counsel concerning the subject of this motion and Appellees' counsel advised that that they do not oppose such motion.

## CERTIFICATE OF SERVICE

By my signature above I certify that a true and correct copy of the foregoing Response to Appellants' Motion to Extend Deadline to File Appellants' Brief has been served upon the below-named counsel on September 4, 2015 as follows:

Donald R. Taylor      Via Email: dtaylor@taylordunham.com
Isabelle M. Antongiorgi      Via Email: ima@taylordunham.com
Taylor, Dunham & Rodriguez, LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701

Mark Taylor      Via Email: MarkT@hts-law.com
Holmann, Taube & Summers
100 Congress Avenue, Suite 1800
Austin, Texas 78701